■ RONINE ENKER, Appellant, v LEWIS ENKER, Respondent. [687 NYS2d 903] —In an action for a divorce and ancillary relief the plaintiff wife appeals from an order of the Supreme Court, Westchester County (Barone, J.), entered September 17, 1997, which denied her motion, *inter alia,* to vacate a judgment of divorce dated April 1, 1997.

Ordered that the order is affirmed, without costs or disbursements (*see, Enker v Enker,* 261 AD2d 433 [decided herewith]). Mangano, P. J., H. Miller, Feuerstein, Schmidt and Smith, JJ., concur.